IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
IN ADMIRALTY

In the Matter of the Complaint of Chicago Aqua Leisure, LLC, and Theresa Tran, individually and as owners and/or owners pro hac vice of the vessel LA AQUAVIDA, Official Number GFNCY003E20 & DOCUMENTATION #1155272, for Exoneration from or Limitation of Liability

No. 22-cv-6478

## AFFIDAVIT OF VALUE

I, Michael Hunter, under penalty of perjury, declare as follows:

1. My name is Michael Hunter. I am over the age of 21 and otherwise fully competent to make this Affidavit. I have never been convicted of a felony or a misdemeanor involving moral turpitude. I make the following affidavit based on personal knowledge and the statements made herein are true and correct.

2. I am the Principal Investigator & Marine Surveyor for Hunter Consulting & Survey, Inc. with over 25 years' experience as a Marine Surveyor. I am currently employed by Hunter Consulting & Survey Services, Inc. I presently possess three Marine Surveyor Certifications including National Association of Marine Surveyors (NAMS), Society of Accredited Marine Surveyors (SAMS), and International Association of Marine Surveyors (IIMS), all three of which include specific training in valuation of watercraft.

3. I have examined the involved vessel, a 2003 Four Winns model 348 Vista Express Hull Identification Number (HIN) GFNCY003E203 from a post-incident perspective and a

AFFIDAVIT OF VALUE

PLAINTIFF'S EXHIBIT
1

provided Marine Survey for Condition & Value purposes prepared 5 months prior to the incident. I have confirmed this is the vessel involved in a casualty incident of August 13, 2022, referenced under state and federal investigative reports. I have confirmed the extent of damage with the owner as non-structural.

4. I have reviewed present market value guides including BUC Value and ABOS Marine Blue Book, various Brokerage sites and performed research of the current market with respect to the "Vessel" and other comparable Four Winns 348 Vistas. I have reviewed the Sales Order detailing the purchase of this specific watercraft for $77,000.00 plus an additional paid State Sales Tax of $5,698.00 on or about March 14, 2022, from Basa Marine of Bolingbrook, Illinois.

5. Utilizing the provided and discovered documentation, the pre-loss value of the Vessel was determined to be $74,377.00. As addendum to this Affidavit of Value, an eleven (11) page appraisal report is prepared detailing the methodology of the undersigned surveyor and appraiser's calculations and considerations. Incident related damages are estimated at $2,700.00 and are not considered structural. Post-incident market value for the vessel is assessed at $71,637.00.

6. There was no pending freight on the day of the incident known to the undersigned.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 11th day of November, 2022.

BJ RICHARDSON
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Feb. 24, 2024
Commission #12383334

Hunter Consulting & Survey Services, Inc.

By: _____
J. Michael Hunter CMS AMS MIIMS

---

**AFFIDAVIT OF VALUE**     **PAGE 2**