

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

## REGISTRY DEPOSIT INFORMATION FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 1:22-cv-06478

2. **Case Title:** In the Matter of the Complaint of Chicago AquaLeisure, LLC, and Theresa Tran, individually and as owners and/or owners pro hac vice of the vessel LA AQUAVIDA, Official Number GFNCY003E20 & DOCUMENTATION #1155272, for Exoneration from or Limitation of Liability

3. **Judge:** Judge Joan B. Gottschall

4. **Moving Party:** Theresa Tran and Chicago AquaLeisure, LLC

5. **Amount of Deposit:** $71,637.00

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**   Yes ☐   No ☑

   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

/s/Randall W. Slade                     11-21-22
Attorney or Litigant                    Date

Rev. 0330017

**EXHIBIT A**