**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**
**IN ADMIRALTY**

| | |
|---|---|
| In the Matter of the Complaint of Chicago AquaLeisure, LLC, and Theresa Tran, individually and as owners and/or owners pro hac vice of the vessel LA AQUAVIDA, Official Number GFNCY003E20 & DOCUMENTATION #1155272, for Exoneration from or Limitation of Liability | No. 1:22-cv-6478 |

## ORDER ACCEPTING SECURITY

WHEREAS, a Complaint has been filed in the above-captioned Court by Plaintiffs CHICAGO AQUALEISURE, LLC and THERESA TRAN (hereinafter "PLAINTIFFS"), as owners and/or owners *pro hac vice* of the vessel LA AQUAVIDA (hereinafter "AQUAVIDA"), Official Number GFNCY003E203, having filed a complaint under the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq.*, with respect to any and all losses or damages arising out of, resulting from, or in any manner connected with, the matters set forth in the Complaint, and the Complaint having stated the facts and circumstances upon which exoneration or limitation are claimed, and it appearing that the value of PLAINTIFFS' interest in AQUAVIDA immediately following the incident was worth $71,637.00, and it further appearing that PLAINTIFFS have filed a Stipulation for Value and Costs and it further appearing that claims have been made, or will be made, against PLAINTIFFS, and/or AQUAVIDA, for losses or damages arising out of, or in some manner connected with, the matters set forth in the Complaint; and

WHEREAS, the Limitation Plaintiffs have tendered to this Court security in the amount

of $71,637.00, in satisfaction of their requirement to post security for the amount of their interest in the Limitation Vessel, as set forth in their Stipulation for Value, and One Thousand Dollars and 00/100 ($1,000.00) (U.S.) for costs, as set forth in their Stipulation for Costs,

NOW, on application of the Limitation Plaintiffs, by counsel, IT IS HEREBY ORDERED:

That the Court shall accept the funds, in the amount of $71,637.00, and $1,000.00, to be deposited pursuant to LR 67.1, and that such tender satisfies the security requirements of 46 U.S.C. § 30511 and Supplemental Rule F(1) inclusive of interest and costs not previously stipulated to by the Limitation Plaintiffs in this matter, without prejudice to the right of any claimant to seek additional security under Supplemental Rule F(7).

Dated: November 28, 2022  /s/
Joan B. Gottschall
United States District Judge