# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| THERESA TRAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> John Doe, et al. <br><br> Defendants. | Case No. 1:22-cv-06478 <br> Honorable Joan B. Gottschall |

# NOTICE OF FILING

TO:  See attached service list

PLEASE TAKE NOTICE that on **_January 25, 2023_**, we filed with the Clerk of the Circuit Court of Cook, Illinois, the Notice of Filing For Claimant Marija Velkova's Claim in Response to Complaint in Admiralty for Exoneration from or Limitation of Liability attachments and notices, attached hereto and made part hereof.

/s/ Clifford Horwitz
_____
 Clifford W. Horwitz
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL  60602
Office: (312) 372-8822
email:  clmail@horwitzlaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| THERESA TRAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> John Doe, et al. <br><br> Defendants. | Case No. 1:22-cv-06478 <br> Honorable Joan B. Gottschall |

## CERTIFICATE OF SERVICE

To: See attached service list

I, the undersigned certify and state that on the 25th day of January, 2023, I served the foregoing Claimant Marija Velkova's Claim in Response to Complaint in Admiralty for Exoneration from or Limitation of Liability and attached notices and documents by electronic mailing a copy to each person to whom it is directed.

## VERIFICATION BY CERTIFICATION

 Under penalties as provided by law pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*Carmen Franklin*
_____

**SERVICE LIST**

Robert J. Franco  
John J. Moroney  
Randall W. Slade  
Franco Moroney Buenik, LLC  
500 West Madison Street, Suite 3900  
Chicago, Illinois 60661-2510  
(312) 469-1000  
Robert.franco@francomoroney.com  
John.moroney@francomoroney.com  
Randall.slade@francomoroney.com