# CERTIFICATE OF PUBLICATION

**Case No.** 1:22-CV-06478

1:22-CV-06478

## LAW BULLETIN MEDIA

does hereby certify that it is the publisher of

## CHICAGO DAILY LAW BULLETIN

that said **CHICAGO DAILY LAW BULLETIN** is a secular newspaper that has been published **DAILY** in the city of Chicago, County of Cook, State of Illinois, continuously for more than one year prior to the first date of publication of the notice, appended, that it is of general circulation throughout said County and state, that it is a newspaper as defined in "An Act to revise the law in relation to notices," as amended, Illinois Compiled Statutes (715 ILCS 5/1 & 5/5), and that the notice appended was published in the said **CHICAGO DAILY LAW BULLETIN** on Dec 22, 29, 2022; Jan 5, 12, 2023. The notice was also placed on the statewide public notice website as required by 715 ILCS 5/2.1.

In witness thereof, the undersigned has caused this certificate to be signed and its corporate seal affixed at Chicago, Illinois.

**January 12, 2023**

**LAW BULLETIN MEDIA**

By 

LTS3209880



---

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, IN ADMIRALTY.

In the Matter of the Complaint of Chicago AquaLeisure, LLC, and Theresa Tran, individually and as owners and/or owners pro hac vice of the vessel LA AQUAVIDA, Official Number GFNCY003E20 & DOCUMENTATION #1155272, for Exoneration from or Limitation of Liability, No. 1:22-cv-06478.

NOTICE is hereby given pursuant to Rule F(3) and (4) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), that Chicago AquaLeisure, LLC and Theresa Tran (hereinafter, individually, a "Limitation Plaintiff", and collectively, the "Limitation Plaintiffs"), as, respectively, owner and owner pro hac vice of the 2003 Four Winns 348 Vista, 37′ LOA, (Hull Identification Number: GFNCY00CE203, Illinois Registration: IL3097KJ have filed a complaint in the above-mentioned Court pursuant to 46 U.S.C. § 30501 et seq., and 28 U.S.C. § 1333, claiming the right to exoneration from or limitation of liability for all claims against them for injury, property loss, or other damage arising out of or resulting from an accident that occurred on August 13, 2022 on Lake Michigan, near an area commonly known as "The Playpen" in Chicago, Illinois. All persons having such claims and wishing to contest Plaintiffs' complaint must file such claims and answer, if at all, as provided in Rule F of the Supplemental Admiralty Rules, with the Clerk of this Court, the United States District Court, Northern District of Illinois, located at The Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and serve copies of them on or mail copies of them to the Plaintiffs' attorneys, Robert J. Franco, John J. Moroney, and Randall W. Slade of Franco Moroney Buenik, LLC, located at 500 West Madison, Suite 3900, Chicago, Illinois, on or before January 25, 2023 or be defaulted. A personal appearance is not required.
LTS3209880
Dec 22, 29, 2022; Jan 5, 12, 2023

---

**EXHIBIT 1**