# Chicago Tribune

Sold To:
FRANCO MORONEY BUENIK - CU80154512
500 W Madison St, Ste 3900
Chicago,IL 60661

Bill To:
FRANCO MORONEY BUENIK - CU80154512
500 W Madison St, Ste 3900
Chicago,IL 60661

Classified Advertising: 7347287
Purchase Order:

Certificate of Publication:

State of Illinois - Cook

**Chicago Tribune Media Group** does hereby certify that it is the publisher of the Chicago Tribune. The Chicago Tribune is a secular newspaper, has been continuously published Daily for more than fifty (50) weeks prior to the first publication of the attached notice, is published in the City of Chicago, State of Illinois, is of general circulation throughout that county and surrounding area, and is a newspaper as defined by 715 IL CS 5/5.

This is to certify that a notice, a true copy of which is attached, was published 4 time(s) in the Chicago Tribune, namely one time per week or on 4 successive weeks. The first publication of the notice was made in the newspaper, dated and published on 12/22/2022, and the last publication of the notice was made in the newspaper dated and published on 1/12/2023.

This notice was also placed on a statewide public notice website as required by 715 ILCS 5/2. 1.

On the following days, to-wit: **Dec 22, 2022; Dec 29, 2022; Jan 05, 2023; Jan 12, 2023**.

Executed at Chicago, Illinois on this

13th Day of January, 2023, by

**Chicago Tribune Company**

_____
Jeremy Gates

**EXHIBIT 2**

# Chicago Tribune

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, IN ADMIRALTY**

In the Matter of the Complaint of Chicago AquaLeisure, LLC, and Theresa Tran, individually and as owners and/or owners pro hac vice of the vessel LA AQUAVIDA, Official Number GFNCY003E20 & DOCUMENTATION #1155272, for Exoneration from or Limitation of Liability, No. 1:22-cv-06478

NOTICE is hereby given pursuant to Rule F(3) and (4) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), that Chicago AquaLeisure, LLC and Theresa Tran (hereinafter, individually, a "Limitation Plaintiff", and collectively, the "Limitation Plaintiffs"), as, respectively, owner and owner pro hac vice of the 2003 Four Winns 348 Vista, 37' LOA, (Hull Identification Number: GFNCY00CE203, Illinois Registration: IL3097KJ have filed a complaint in the above-mentioned Court pursuant to 46 U.S.C. § 30501 et seq., and 28 U.S.C. § 1333, claiming the right to exoneration from or limitation of liability for all claims against them for injury, property loss, or other damage arising out of or resulting from an accident that occurred on August 13, 2022 on Lake Michigan, near an area commonly known as "The Playpen" in Chicago, Illinois. All persons having such claims and wishing to contest Plaintiffs' complaint must file such claims and answer, if at all, as provided in Rule F of the Supplemental Admiralty Rules, with the Clerk of this Court, the United States District Court, Northern District of Illinois, located at The Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 and serve copies of them on or mail copies of them to the Plaintiffs' attorneys, Robert J. Franco, John J. Moroney, and Randall W. Slade of Franco Moroney Buenik, LLC, located at 500 West Madison, Suite 3900, Chicago, Illinois, on or before January 25, 2023, or be defaulted. A personal appearance is not required.
12/22 & 12/29/22 & 1/5/ & 1/12/23 7347287

**Chicago Tribune - chicagotribune.com**
160 N Stetson Avenue, Chicago, IL 60601
(312) 222-2222 - Fax: (312) 222-4014