## Chambers Gottschall

| | |
|---|---|
| **From:** | Cathie Kuldanek <cathie.kuldanek@francomoroney.com> |
| **Sent:** | Monday, February 13, 2023 11:07 AM |
| **To:** | Chambers Gottschall |
| **Cc:** | Randall Slade; robert.franco_francomoroney.com; John Moroney; mdd@corboydemetrio.com; Fpm@corboydemetrio.com; ccfiling@corboydemetrio.com; clmail@horwitzlaw.com; cliff@horwitzlaw.com; gabe@horwitzlaw.com; gregory.armstrong@armstronglawgroup.com |
| **Subject:** | In the Matter of the Complaint of Theresa Tran and Chicago AquaLeisure for Exoneration from or Limitation of Liability; Case No. 22-cv-6478 |

**CAUTION - EXTERNAL:**

Dear Judge Gottschall,

Pursuant to your February 9, 2023 order (Doc #25), counsel for Limitation Plaintiff's Theresa Tran and Chicago AquaLeisure have no objection to Jacob Houle's Motion to Enlarge Time to File Claim (Doc #23).

Sincerely,

Cathie Kuldanek, Legal Assistant
FRANCO MORONEY BUENIK LLC
500 West Madison Street, Suite 3900
Chicago, Illinois 60661-4595
Direct: 312-466-7251
Main: 312-469-1000
Fax: 312-469-1011
cathie.kuldanek@francomoroney.com
www.francomoroney.com

**CONFIDENTIALITY NOTICE**:
This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then permanently delete this message and its attachments. Do not review, use, deliver, disseminate, distribute, forward, print or copy this message and/or any attachments if you are not the intended recipient.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.