## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Theresa Tran, et al.

                    Plaintiff,

v.                                                      Case No.: 1:22−cv−06478
                                                    Honorable Joan B. Gottschall

John Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2023:

        MINUTE entry before the Honorable Joan B. Gottschall: Claimant Jacob Houle's unopposed motion [23] for an extension to and including 2/15/2023 of his deadline to file his claim is granted. Plaintiffs' request [22] for entry of an order of default against non−appearing defendants (not including Houle) is granted. See Fed. R. Civ. P. 55(a). In light of the extension granted to claimant Houle, the parties' deadline to file a joint initial status report is extended to and including 3/1/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.