## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| THERESA TRAN, et al., | Case No. 1:22-CV-06478 |
| Plaintiffs, | Honorable Joan B. Gottschall |
| v. | |
| John Doe, et al., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

TO: All Attorneys of Record via the United States District Court, Northern District of Illinois, Eastern Division's CM/ECF System and E-Mail.

The undersigned, a non-attorney, states that she served the following documents upon all attorneys of record via email on February 20, 2023:

- **Defendants Theresa Tran and Chicago Aqualeisure, LLC's Interrogatories to Claimant Lana Batochir;**
- **Defendants Theresa Tran and Chicago Aqualeisure, LLC's Interrogatories to Claimant Marija Velkova;**
- **Defendants Theresa Tran and Chicago Aqualeisure, LLC's Interrogatories to Claimant Jacob Houle;**
- **Defendants Theresa Tran and Chicago Aqualeisure, LLC's Production Request to Lana Batochir;**
- **Defendants Theresa Tran and Chicago Aqualeisure, LLC's Production Request to Marija Velkova; and**
- **Defendants Theresa Tran and Chicago Aqualeisure, LLC's Production Request to Jacob Houle.**

                                                   /s/   *Rachael Aguas*

Robert J. Franco
John J. Moroney
Randall W. Slade
Franco Moroney Buenik, LLC
500 West Madison Street, Suite 3900
Chicago, Illinois 60661-2510
(312) 469-1000
Robert.franco@francomoroney.com
John.moroney@francomoroney.com
Randall.slade@francomoroney.com

1

## PROOF OF SERVICE BY ECF

      I, Robert J. Franco, an attorney, being first duly sworn on oath, depose and say that I served a copy of the above document by filing same with the Clerk of the Court using the CM/ECF system, on February 20, 2023, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Robert J. Franco |     /s/  *Robert J. Franco* |
| John J. Moroney | One of the Attorneys for Defendants, Theresa |
| Randall W. Slade | Tran and Chicago Aqualeisure, LLC |
| **FRANCO MORONEY BUENIK, LLC** | |
| 500 W. Madison St., Suite 3900 | |
| Chicago, Illinois 60661 | |
| T: 312-469-1000 | |
| F: 312-469-1011 | |
| robert.franco@francomoroney.com | |