IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | |
|---|---|
| Marija Velkova )<br>Plaintiff )<br> )<br> ) Case Number: 1:22cv06478<br>v. )<br> ) Judge: Judge Gottschall<br>Joseph Neverauskas )<br>Defendant ) | |

**NOTICE OF FILING**

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTEICE** that on **3/8/23 Claimants Joint Motion to Lift Injunction and Stay this Limitation Liability Action and Memorandum in Support of Motion to Lift Injunction and Stay this Limitation Liability Action via electronically to the Honorable Judge Gottschall** or any judge sitting in his or her stead in **Courtroom 1919** of the U.S. District Court of Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, IL.

Respectfully submitted,

Dated: March 8, 2023

/s/ Clifford W. Horwitz
One of the Attorneys for Claimant Marija Velkova

/s/ Michael D. Ditore
One of the Attorneys for Claimant Lana Batochir

/s/ Gregory C. Armstrong
One of the Attorneys for Claimant Jacob Houle

Prepared By:
**Counsel for Claimant Marija Velkova**
Clifford W. Horwitz
HORWITZ, HORWITZ & Associates, Ltd.
25 East Washington Street, Suite 900
Chicago, Illinois 60602
(312)-372-8822
cliff@horwitzlaw.com
clmail@horwitzlaw.com
**Counsel for Claimant Lana Batochir**
Michael D. Ditore
Corboy & Demetrio, P.C.
33 North Dearborn, Suite 2100
Chicago, Illinois 60602
(312)-346-3191
mdd@corboydemetrio.com
**Counsel for Claimant Jacob Houle**
Gregory C. Armstrong
Armstrong Law Group
200 North Dearborn Street, Suite 802
Chicago, Illinois 60601
(312)-372-3215
gregory.armstrong@armstronglawgroup.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIJA VELKOVA,<br><br>                                Plaintiff<br><br>     v.<br><br>JOSEPH NEVERAUSKAS<br><br>                                Defendant. | No. 1:22cv06478<br><br>Hon. Joan Gottschall<br>Magistrate |

## **CERTIFICATE OF SERVICE**

I, the undersigned certify and state that on the 8th day of March, 2023, I served the foregoing **Claimants Joint Motion to Lift Injunction and Stay this Limitation Liability Action and Memorandum in Support of Motion to Lift Injunction and Stay this Limitation Liability Action** and attached notices and documents by electronic mailing a copy to each person to whom it is directed.

## **VERIFICATION BY CERTIFICATION**

     Under penalties as provided by law pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*Carmen Franklin*
_____

**SERVICE LIST**

**Counsel for Theresa Tran**
Robert J. Franco
John J. Moroney
Randall W. Slade
Franco Moroney Buenik, LLC
500 West Madison Street, Suite 3900
Chicago, Illinois 60661-2510
(312) 469-1000
Robert.franco@francomoroney.com
John.moroney@francomoroney.com
Randall.slade@francomoroney.com

**Counsel for Claimant Lana Batochir**
Michael D. Ditore
Corboy & Demetrio, P.C.
33 North Dearborn, Suite 2100
Chicago, Illinois 60602
(312)-346-3191
mdd@corboydemetrio.com

**Counsel for Claimant Jacob Houle**
Gregory C. Armstrong
Armstrong Law Group
200 North Dearborn Street, Suite 802
Chicago, Illinois 60601
(312)-372-3215
gregory.armstrong@armstronglawgroup.com