34395

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| THERESA TRAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> John Doe, et al. <br><br> Defendants. | Case No. 1:22-cv-06478 <br> Honorable Joan B. Gottschall |

## NOTICE OF FILING

TO: See attached Service List

PLEASE TAKE NOTICE that on **_April 12, 2023_**, we filed with the United States District Court Northern District of Illinois – Eastern Division, the Claimants' Reply to Limitation Plaintiffs' Memorandum in Opposition to Claimants' Joint Motion to Lift Injunction and Stay this Limitation Action, and its attachments and notices, attached hereto and made hereof.

Dated: April 12, 2023                    Respectfully submitted,

                                         /s/ Clifford W. Horwitz
                                         One of the Attorneys for Claimant Marija Velkova

                                         Clifford W. Horwitz
                                         HORWITZ, HORWITZ & Associates, Ltd.
                                         25 East Washington Street, Suite 900
                                         Chicago, Illinois 60602
                                         (312)-372-8822
                                         clmail@horwitzlaw.com
                                         cliff@horwitzlaw.com