34395

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| THERESA TRAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> John Doe, et al. <br><br> Defendants. | Case No. 1:22-cv-06478 <br> Honorable Joan B. Gottschall |

## CERTIFICATE OF SERVICE

TO: See attached Service List

I, the undersigned, certify and state that on the 12th day of April, 2023, I served the foregoing Claimants' Reply to Limitation Plaintiffs' Memorandum in Opposition to Claimants' Joint Motion to Lift Injunction and Stay this Limitation Action, attached notices and documents via electronic mail to each person to whom it is directed.

Dated: April 12, 2023

Respectfully submitted,

/s/ Clifford W. Horwitz
One of the Attorneys for Claimant Marija Velkova

Clifford W. Horwitz
HORWITZ, HORWITZ & Associates, Ltd.
25 East Washington Street, Suite 900
Chicago, Illinois 60602
(312)-372-8822
clmail@horwitzlaw.com
cliff@horwitzlaw.com

1

# SERVICE LIST

**Counsel for Theresa Tran and Chicago AquaLeisure, LLC**
Robert J. Franco, II, Esq.
John J. Moroney, IV, Esq.
Randall W. Slade, Esq.
Franco & Moroney, LLC
500 West Madison Street, Suite 3900
Chicago, IL 60661
(312)-466-7242
Robert.franco@francomoroney.com
John.moroney@fracnomoroney.com
Randall.slade@francomoroney.com


**Counsel for Claimant Marija Velkova**
Clifford W. Horwitz, Esq.
HORWITZ, HORWITZ & Associates, LTd.
25 East Washington Street, Suite 900
Chicago, IL 60602
(312)-372-8822
cliff@horwitzlaw.com
clmail@horwitzlaw.com


**Counsel for Claimant Lana Batochir**
Michael D. Ditore, Esq.
Corboy & Demetrio
33 North Dearborn Street, Suite 2100
Chicago, IL 60602
(312)-346-3191
mdd@corboydemetrio.com


**Counsel for Claimant Jacob Houle**
Gregory C. Armstrong, Esq.
Armstrong & Donnelly, Ltd.
200 North Dearborn Street, Suite 802
Chicago, IL 60601
(312)-372-3215
g-c-a@msn.com

1